UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DELFINO DE LOS SANTOS,** *individually and on behalf of all others similarly situated*

                **Plaintiff,**

-against-

**536 J AND J CORPORTATION.** d/b/a **86TH CORNER WINE & LIQUOR CO.,** and **HOWARD SHIM**

                **Defendants.**

1:24-cv-09736 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated April 28, 2025. ECF No. 11. This case has been referred to Magistrate Judge Lehrburger for all general pretrial including scheduling, discovery, non-dispositive pretrial motions, and settlement. The Court thus **DENIES** without prejudice Plaintiff's Motion for an initial pre-trial conference. The Court also **DENIES** Plaintiff's request for a pre-motion conference concerning its anticipated motion for default judgment against Defendants 86th CPW Inc. and Brian Park ("Defaulting Defendants"), and sets the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Default Judgement: | May 26, 2025 |
| Defendant's Opposition: | June 9, 2025 |
| Plaintiff's Reply, if any: | June 16, 2025 |

**SO ORDERED.**

Dated:   **May 5, 2025**
           **New York, New York**

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**