**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **DELFINO DE LOS SANTOS,** *individually and on behalf of all others similarly situated*, | : |
| Plaintiff, | :     1:24-cv-09736 (ALC) |
| -against- | :     **ORDER** |
| **536 J AND J CORPORTATION.** d/b/a **86TH CORNER WINE & LIQUOR CO.,** and **HOWARD SHIM,** | : |
| Defendants. | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Given that this matter has been referred to Magistrate Judge Lehrburger for all general pretrial matters and that Defendants 536 J and J Corporation and Howard Shim have appeared in this matter, the briefing schedule in the Order dated May 5, 2025 (ECF No. 12) is hereby VACATED without prejudice.

**SO ORDERED.**

**Dated:** May 8, 2025

      New York, New York                                    **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**