# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

May 14, 2025

**Via ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
500 Pearl Street
United States Courthouse
Southern District of New York
New York, NY 10007

            Re:   *De Los Santos v. 86th CPW Inc. et al*
                   Case No.: 1:24-cv-09736

Dear Judge Lehrburger:

      We are counsel to Plaintiff in the above-captioned action and submit this letter jointly with Defendants 536 J and J Corporation and Howard Shim. The parties have met and conferred and are interested in participating in mediation through the SDNY Mediation Panel. Therefore, the parties respectfully request a referral to the SDNY Mediation Panel and a stay of all deadlines and conferences pending the outcome of the mediation.

      We thank the Court for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

> So ordered. Deadlines and conferences are stayed pending mediation. The Court will issue a separate order referring the case to the SDNY Mediation program.
>
> SO ORDERED:
> 5/14/2025    [signature]
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE