UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DELFINO DE LOS SANTOS, *on behalf of himself FLSA Collective Plaintiffs, and the Class*,

                Plaintiff,

- against -

86TH CPW INC. d/b/a/ 86TH CORNER WINE & LIQUOR CO., 536 J&J CORPORATION d/b/a/ 86TH CORNER WINE & LIQUOR CO., HOWARD SHIM, and BRIAN PARK,

                Defendants.
------------------------------------------------------------X

24-CV-9736 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court previously issued a stay pending the outcome of mediation. As mediation has not yet taken place, the initial case management conference previously scheduled for June 11, 2025, is cancelled. The parties shall provide a status report to the Court within five days of resolving the case or the end of mediation, whichever is earlier.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2025
      New York, New York

Copies transmitted this date to all counsel of record.

1