UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELFINO DE LOS SANTOS, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                Plaintiff,

v.

86TH CPW INC.
    d/b/a 86TH CORNER WINE & LIQUOR CO,
536 J AND J CORPORATION
    f/d/b/a 86TH CORNER WINE & LIQUOR CO,
HOWARD SHIM, and
BRIAN PARK,
                Defendants.

Case No.: 1:24-cv-9736

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff DELFINO DE LOS SANTOS hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 11, 2025, and annexed hereto as **Exhibit A**.

Dated: June 11, 2025

                Respectfully submitted,

By: _____

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Sean S. Kwak, Esq.
KIM, LIM & PARTNERS
seankwak@klplawyers.com
460 Bergen Boulevard, Suite 305
Palisades Park, New Jersey 07650
Tel.: (201) 585-7400
*Attorney for Defendants 536 J AND J CORPORATION f/d/b/a 86TH CORNER WINE & LIQUOR CO, and HOWARD SHIM*

By: _____
C.K. Lee, Esq.