UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELFINO DE LOS SANTOS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

86TH CPW INC.
    d/b/a 86TH CORNER WINE & LIQUOR CO,
536 J AND J CORPORATION
    f/d/b/a 86TH CORNER WINE & LIQUOR CO,
HOWARD SHIM, and
BRIAN PARK,

                Defendants.

**Case No.**: 1:24-cv-9736

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 536 J AND J CORPORATION f/d/b/a 86TH CORNER WINE & LIQUOR CO, and HOWARD SHIM (collectively "Defendants"), having offered to allow Plaintiff DELFINO DE LOS SANTOS ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 11, 2025 and filed as Exhibit A to Docket Number 22;

**WHEREAS**, on June 11, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 22);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff DELFINO DE LOS SANTOS, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 11, 2025 and filed as Exhibit A to Docket Number 22.

SO ORDERED:

Dated: June 30, 2025
       New York, New York

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE